UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-22496-KMM

RICARDO LOPEZ,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,

    Defendant.
_____/

**ORDER ON REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court upon Nationstar Mortgage LLC's ("Defendant") Motion to Bill Costs. ("Mot.") (ECF No. 83). The Court referred the matter to the Honorable Lauren F. Louis, United States Magistrate Judge, who issued a Report and Recommendation ("R&R") (ECF No. 85), recommending that the Motions be granted in part. No objections were filed and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Defendant seeks an award of costs in the amount of $3,300.00 pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d). *See generally* Mot. As set forth in the R&R, Magistrate Judge Louis recommends that the Court award costs, but that the amount sought be reduced by the amount of disallowed costs that were incurred for the convenience of counsel, here, "Electronic Delivery and Handling" fees in the amount of $84.00. R&R at 4. Thus, Magistrate Judge Louis

recommends that Defendant be awarded $3,216.00 in deposition transcript costs. *Id.* The Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is ORDERED and ADJUDGED that the R&R (ECF No. 85) is hereby ADOPTED. It is further ORDERED that Defendant is entitled to $3,216.00 in costs.

DONE AND ORDERED in Chambers, at Miami, Florida this **1st** day of November, 2021.

                                                   K. MICHAEL MOORE
                                                   UNITED STATES DISTRICT JUDGE

c: All counsel of record